1  KAMER ZUCKER ABBOTT
   Jen J. Sarafina         #9679
2  Kaitlin H. Ziegler      #13625
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:   (702) 259-8640
4  Fax:   (702) 259-8646
   jsarafina@kzalaw.com
5  kziegler@kzalaw.com

6  Attorneys for Defendant
   Wynn Las Vegas, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIEL LEON, | Case No. 2:16-cv-01623-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION** |
| WYNN LAS VEGAS, LLC, a Nevada Corporation d/b/a WYNN LAS VEGAS & WYNN LAS VEGAS RESORT & CASINO; DOES 1-25, inclusive; ROE CORPORATIONS 1-25, inclusive, | **(Second Request)** |
| Defendants. | |

The parties, by and through their respective counsel of record, stipulate and request that the Court vacate the Early Neutral Evaluation Session ("ENE") currently set for November 18, 2016 and reschedule said ENE to either December 14 or 16, 2016, before United States Magistrate Judge C.W. Hoffman, Jr. In support of this Stipulation and Request, the parties state as follows:

 1. On August 25, 2016, the Court entered an Order scheduling the ENE. (Docket No. 10).

 2. Lead counsel for Defendant will be out of the country on November 18, 2016 due to pre-planned travel and will not be returning to Nevada until November 27, 2016.

3. The parties filed a Stipulation to Reschedule the ENE to November 30, 2016 (Docket No. 11), but the Court rejected the Stipulation without prejudice because that date was no longer available (Docket No. 13).

4. Upon further consultation, the parties are available on either December 14 or 16, 2016 for the ENE.

5. This request to reschedule the ENE is not sought for any improper purpose or other reason of delay. Rather, it is sought only due to a pre-existing scheduling conflict for Defendant's counsel when she will be traveling out of the country.

6. This is the second request to reschedule the ENE.

WHEREFORE, the parties respectfully request that the Court reschedule the current ENE date from November 18, 2016 to either December 14 or 16, 2016.

DATED this 12th day of September, 2016.                    DATED this 12th day of September, 2016.

KANG & ASSOCIATES, PLLC.                                    KAMER ZUCKER ABBOTT

By: /s/ Kyle R. Tatum                                       By: /s/ Jen J. Sarafina
Patrick W. Kang, Esq.                                       Jen J. Sarafina, Esq.
Nevada Bar No. 010381                                       Nevada Bar No. 009679
Kyle R. Tatum, Esq.                                         Kaitlin H. Ziegler, Esq.
Nevada Bar No. 013264                                       Nevada Bar No. 013625
6480 West Spring Mountain Road                              3000 West Charleston Boulevard
Suite 1                                                     Suite 3
Las Vegas, NV 89146                                         Las Vegas, NV 89102
Phone (702) 333-4223                                        Phone (702) 259-8640
Fax (702) 507-1468                                          Fax (702) 259-8646
*Attorneys for Plaintiff*                                   *Attorneys for Defendant*
*Ariel Leon*                                                *Wynn Las Vegas, LLC*

IT IS ORDERED that the Early Neutral Evaluation conference is RESET for Wednesday, December 14, 2016. Plaintiff must arrive at 8:30 a.m. Defendants must arrive at 9:00 a.m. ENE statements are due in chambers on Wednesday, December 7, 2016, by 4:00 p.m.

September 13, 2016                                          _____
**DATE**                                                    **UNITED STATES MAGISTRATE JUDGE**