KAMER ZUCKER ABBOTT
Jen J. Sarafina        #9679
Kaitlin H. Ziegler     #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:   (702) 259-8640
Fax:   (702) 259-8646
jsarafina@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Wynn Las Vegas, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARIEL LEON,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a<br>Nevada Corporation d/b/a WYNN LAS<br>VEGAS & WYNN LAS VEGAS RESORT &<br>CASINO; DOES 1-25, inclusive; ROE<br>CORPORATIONS 1-25, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01623-GMN-GWF<br><br>**STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 37**<br><br>**(First Request)** |

  Plaintiff Ariel Leon, appearing in *Proper Person*, and Wynn Las Vegas, LLC, by and through its counsel of record, the law firm of Kamer Zucker Abbott, hereby stipulate and request that the Court stay these proceedings pending resolution of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 37. In support of this Stipulation and Request, the parties state as follows:

  1. On April 11, 2017, Defendant Wynn Las Vegas, LLC ("Wynn") filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 37 ("Motion"). ECF No. 26.

  2. Plaintiff did not file an Opposition to Wynn's Motion.

  3. The Court has not yet ruled on Wynn's Motion.

  4. The current deadline for the filing of dispositive motions is June 8, 2017.

KAMER ZUCKER ABBOTT *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 1 of 2

5. Discovery in this case ended on May 9, 2017.

6. This case may be dismissed or remaining deadlines may be shaped by the Court's resolution of Wynn's Motion to Dismiss. Therefore, in order to streamline and conserve expenditures and resources conscientiously, the parties agree that the case should be stayed until the resolution of Wynn's Motion. After resolution of the Motion, the parties shall file within thirty (30) days a joint stipulated discovery plan, or if they are unable to agree on such stipulated discovery plan, shall submit separate, proposed discovery plans.

7. This request to stay the proceedings is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve expenditures and resources of this litigation while awaiting the Court's decision on Wynn's pending Motion to Dismiss.

WHEREFORE, the parties respectfully request that the Court stay proceedings in this case until the resolution of Wynn's Motion to Dismiss Pursuant to Fed. R. Civ. P. 37.

DATED this 17 day of May, 2017.

Respectfully submitted,

By: _____
Ariel Leon
1405 Vegas Valley Drive, #337
Las Vegas, Nevada 89169
Phone (702) 265-9468
*Plaintiff in Proper Person*

DATED this 17th day of May, 2017.

Respectfully submitted,

By: _____
Jen J. Sarafina, Esq.
Nevada Bar No. 009679
Kaitlin H. Ziegler, Esq.
Nevada Bar No. 013625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard
Suite 3
Las Vegas, NV 89102
Phone (702) 259-8640
Fax (702) 259-8646
*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

**IT IS SO ORDERED.**

5/19/2017
DATE

_____
UNITED STATES MAGISTRATE JUDGE