# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARIEL LEON,

    Plaintiffs,

vs.

WYNN LAS VEGAS, LLC,

    Defendant.

Case No. 2:16-cv-01623-GMN-GWF

**ORDER**

    This matter is before the Court on Defendant's Motion to Seal (ECF No. 30), filed on May 13, 2017.

    Defendant requests leave to file Exhibit 2 of its Motion to Dismiss pursuant to Fed. R. Civ. P. 37 (ECF No. 26-2) under seal because the exhibit contains Plaintiff's social security number. Upon review, the Court finds that Exhibit 2 (ECF No. 26-2) contains information that justifies an order from the Court sealing its contents. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Seal (ECF No. 30) is **granted**.

    DATED this 26th day of May, 2017.

                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge