# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARIEL LEON,

        Plaintiff,

vs.

WYNN LAS VEGAS, LLC,

        Defendant.

Case No.: 2:16-cv-01623-GMN-GWF

**ORDER**

Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge George Foley, Jr., (ECF No. 46), regarding Defendant Wynn Las Vegas, LLC's ("Defendant's") Motion for Attorneys' Fees, (ECF No. 41).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 46), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorneys' Fees, (ECF No. 41), is **DENIED**.

**DATED** this  20  day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court